**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**Seabreeze Roofing & Sheet Metal, Incorporated**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

**27-2359160**

**4. Debtor's address**

**Principal place of business**

**555 Hypoluxo Road #B**
**Lantana, FL 33462**
Number, Street, City, State & ZIP Code

**Palm Beach**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (*if known*) ______
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 26, 2026**
MM / DD / YYYY

X **/s/ Jacintho J. Carreiro**
Signature of authorized representative of debtor

**Jacintho J. Carreiro**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ John E. Page**
Signature of attorney for debtor

Date **June 26, 2026**
MM / DD / YYYY

**John E. Page 0860581**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone **561 443 0800** Email address **jpage@slp.law**

**0860581 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Seabreeze Roofing & Sheet Metal, Incorporated**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 26, 2026**

*X* **/s/ Jacintho J. Carreiro**
Signature of individual signing on behalf of debtor

**Jacintho J. Carreiro**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Seabreeze Roofing & Sheet Metal, Incorporated** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration<br>2 North St, #320<br>Birmingham, AL 35203** | | **All assets** | | **$1,973,263.31** | **$0.00** | **$1,973,263.31** |
| **American Builders & Contractors Supply<br>c/o Brian A. Leung, Esq.<br>3203 W. Cypress St.<br>Tampa, FL 33607** | | **Claim for Damages** | **Contingent<br>Unliquidated<br>Disputed** | | | **$531,356.07** |
| **Itria Ventures LLC<br>c/o Paul A Humbert Esq<br>9655 S Dixie Hwy., #312<br>Miami, FL 33156** | | **Accounts Receivables** | **Contingent<br>Unliquidated<br>Disputed** | **$465,025.24** | **$0.00** | **$465,025.24** |
| **Wall Street Funding<br>30 Broad St, 14 FL<br>New York, NY 10004** | | **Accounts receivable** | **Contingent<br>Unliquidated<br>Disputed** | **$206,400.02** | **$0.00** | **$206,400.02** |
| **Green Bridge Capital<br>440 Park Avenue S, 4th FL<br>New York, NY 10016** | | **Trade debt** | **Contingent<br>Unliquidated<br>Disputed** | | | **$109,847.12** |
| **Dynamic Metals LLC<br>2951 SE Dominica Terr<br>Stuart, FL 34997** | | **Trade debt** | **Contingent<br>Unliquidated<br>Disputed** | | | **$90,000.00** |
| **American Express Travel Related Svcs Co<br>POB 360001<br>Fort Lauderdale, FL 33336** | | **Trade debt/Default Judgment entered** | | | | **$82,768.80** |

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital One<br>POB 30285<br>Salt Lake City, UT 84130-0285** | | **Trade debt** | | | | **$79,739.77** |
| **Gateway Station, LLC<br>c/o Allison Edwards, Charles Greene PA<br>55 E Pine St<br>Orlando, FL 32801** | | **Complaint for eviction** | **Unliquidated<br>Disputed** | | | **$71,557.77** |
| **Stone Bank<br>802 E. Main St<br>Mountain View, AR 72560** | | **All assets** | | **$70,638.00** | **$0.00** | **$70,638.00** |
| **Gulfeagle Supply<br>4811 Dyer Blvd.<br>West Palm Beach, FL 33407** | | **Lien recorded against customer's property** | **Contingent<br>Unliquidated<br>Disputed** | | | **$65,000.00** |
| **Suncoast Roofers Supply<br>14212 N Nebraska Ave<br>Tampa, FL 33613** | | **Trade debt** | **Disputed** | | | **$60,963.72** |
| **Chase Ink Biz Visa<br>POB 15153<br>Wilmington, DE 19886** | | **Trade debt** | | | | **$58,267.64** |
| **Intuit Financing<br>2700 Coast Ave<br>Mountain View, CA 94043** | | **Trade debt** | | | | **$40,000.00** |
| **Intuit/QuickBooks<br>2700 Coast Ave<br>Mountain View, CA 94043** | | **Business software subscription** | | | | **$38,000.00** |
| **IPFS Corp<br>3522 Thomasville Rd #400<br>Tallahassee, FL 32309** | | **Loan-Returned premiums** | | **$27,220.10** | **$0.00** | **$27,220.10** |
| **Web Bank<br>POB 757<br>Portsmouth, NH 03802** | | **Line of credit** | | | | **$25,152.97** |
| **Third Day Construction Services LLC<br>6448 Dolly Cay Pl<br>Atlantis, FL 33462** | | **Trade debt** | | | | **$21,609.00** |
| **Pacific Roofing LLC<br>3140 SE Whaler St<br>Stuart, FL 34997** | | **Trade debt** | **Contingent<br>Unliquidated<br>Disputed** | | | **$15,000.00** |

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PNC Business<br>POB 71335<br>Philadelphia, PA<br>19176-1335 | | Trade debt | | | | $14,471.62 |

**Fill in this information to identify the case:**

Debtor name **Seabreeze Roofing & Sheet Metal, Incorporated**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:**<br>Copy line 88 from *Schedule A/B*. | $ **0.00** |
| 1b. **Total personal property:**<br>Copy line 91A from *Schedule A/B*. | $ **368,146.69** |
| 1c. **Total of all property:**<br>Copy line 92 from *Schedule A/B*. | $ **368,146.69** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)<br>Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **2,842,901.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ **1,344,398.81** |
| 4. **Total liabilities**<br>Lines 2 + 3a + 3b | $ **4,187,299.81** |

**Fill in this information to identify the case:**

Debtor name **Seabreeze Roofing & Sheet Metal, Incorporated**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| | **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | **$8,000.00** |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **PNC (-$143,100.21 balance)** | **Checking** | **1346** | **$0.00** |
| 3.2. | **PNC (-$135,192.32 balance)** | **Checking** | **1338** | **$0.00** |
| 3.3. | **QuickBooks Bank Account** | **Checking** | **3838** | **$18,784.73** |
| 3.4. | **Stone Bank **761** | **Checking** | | **$0.00** |
| 3.5. | **SeaCoast Bank Account** | | | **$100.00** |

4. **Other cash equivalents** *(Identify all)*

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number *(If known)*
Name

5. **Total of Part 1.** **$26,884.73**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

- ■ No. Go to Part 3.
- ☐ Yes Fill in the information below.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

- ☐ No. Go to Part 4.
- ■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **122,964.81** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$122,964.81**

12. **Total of Part 3.** **$122,964.81**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No. Go to Part 6.
- ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**60 pallets of roof tiles** | | **$0.00** | | **$4,000.00** |
| 20. | **Work in progress**<br>**Work in progress** | | **$0.00** | | **$65,403.15** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.** **$69,403.15**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture, laptops, drone equipmemt** | **$0.00** | | **$7,500.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$7,500.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number *(If known)*
Name

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2023 Chevy Colorado VIN *9364** | **$0.00** | | **$18,000.00** |
| 47.2. | **2021 Chevy Silverado VIN *1436** | **$0.00** | | **$16,000.00** |
| 47.3. | **2021 Chevy Silverado VIN *2993** | **$0.00** | | **$16,000.00** |
| 47.4. | **2021 Chevy Silverado VIN *2266** | **$0.00** | | **$16,000.00** |
| 47.5. | **2024 Chevrolet Colorado VIN *8536** | **$0.00** | | **$32,000.00** |
| 47.6. | **2024 Chevrolet Colorado VIN *5441** | **$0.00** | | **$32,000.00** |
| 47.7. | **2015 Ford F-250** | **$0.00** | | **$7,500.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Generator, fork lift** | **$0.00** | | **$1,500.00** |

51. **Total of Part 8.** **$139,000.00**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number *(If known)*
Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Seabreeze Roofing & Sheet Metal, Inc. v. Kimberly Goddard, as Trustee of the Kimberly Goddard Revocable Trust Under Agreement dated August 7, 2018 Case no.: 502025CC017976XXXXASB, filed in the Palm Beach County Circuit Court** — **$2,394.00**

**Nature of claim** — **Claim for Damages**
**Amount requested** — **$2,394.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**401k Plan** — **Unknown**

78. **Total of Part 11.** — **$2,394.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated**
Name

Case number *(If known)*

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,884.73 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $122,964.81 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $69,403.15 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,500.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $139,000.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $2,394.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $368,146.69 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $368,146.69 |

**Fill in this information to identify the case:**

Debtor name **Seabreeze Roofing & Sheet Metal, Incorporated**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Ally Financial**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**2023 Chevy Colorado VIN *9364**

Column A: **$25,056.39** Column B: **$18,000.00**

**POB 78234**
**Phoenix, AZ 85062-8234**
Creditor's mailing address

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2337**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Corporation Service Company**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**All assets**

Column A: **$0.00** Column B: **$0.00**

**POB 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC FILED**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

2.3 **Financial Agent Services**
Creditor's Name

**POB 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**UCC Filed**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

---

2.4 **Global Merchant Cash, Inc.**
Creditor's Name

**64 Beaver St, #415**
**New York, NY 10004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6279**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Business loan/UCC Filed**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

---

2.5 **GM Financial**
Creditor's Name

**POB 650595**
**Dallas, TX 75265-0595**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2024 Chevrolet Colorado**
**VIN 1GCPTBEK6R1128536**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No

**$28,265.97** **$32,000.00**

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7472**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

2.6 **GM Financial**
Creditor's Name

**POB 650595**
**Dallas, TX 75265-0595**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**04/12/24**

**Last 4 digits of account number**
**3085**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2024 Chevrolet Colorado VIN 1GCPTBEK7R1115441**

**$31,097.57** **$32,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.7 **GM Financial**
Creditor's Name

**POB 650595**
**Dallas, TX 75265-0595**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/30/2020**

**Last 4 digits of account number**
**1132**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Chevrolet Silverado 1500**
**VIN 1GCRWAEH4MZ102266**

**$4,622.64** **$16,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.8 **GM Financial**

**Describe debtor's property that is subject to a lien**

**$5,712.34** **$16,000.00**

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

Creditor's Name

**POB 650595**
**Dallas, TX 75265-0595**
Creditor's mailing address

**2021 Chevrolet Silverado 1500**
**VIN 1GCRWAEH9MZ101436**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/30/2020**
**Last 4 digits of account number**
**0197**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 **GM Financial**
Creditor's Name

**POB 650595**
**Dallas, TX 75265-0595**
Creditor's mailing address

**Describe debtor's property that is subject to a lien** **$5,599.42** **$16,000.00**
**2021 Chevrolet Silverado 1500**
**VIN 1GCRWAEH2MZ102993**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/30/2020**
**Last 4 digits of account number**
**0120**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 **IPFS Corp**
Creditor's Name

**3522 Thomasville Rd #400**
**Tallahassee, FL 32309**
Creditor's mailing address

**Describe debtor's property that is subject to a lien** **$27,220.10** **$0.00**
**Loan-Returned premiums**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4145**

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.11 **Itria Ventures LLC** — **$465,025.24** — **$0.00**

Creditor's Name

**c/o Paul A Humbert Esq**
**9655 S Dixie Hwy., #312**
**Miami, FL 33156**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Accounts Receivables**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

2.12 **Stone Bank** — **$70,638.00** — **$0.00**

Creditor's Name

**802 E. Main St**
**Mountain View, AR 72560**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**02/2018**

**Last 4 digits of account number**
**7002**

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**SBA Loan/UCC FILED**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.13 **U.S. Small Business Administration** — **$1,973,263.31** — **$0.00**

Creditor's Name

**2 North St, #320**
**Birmingham, AL 35203**

**Describe debtor's property that is subject to a lien**
**All assets**

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**UCC Filed** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | | |
|---|---|---|---|---|
| 2.14 | **Wall Street Funding**<br>Creditor's Name<br>**30 Broad St, 14 FL**<br>**New York, NY 10004**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Accounts receivable** | **$206,400.02** | **$0.00** |
| | | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$2,842,901.00**

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **4 Pillar Funding**<br>**64 Beaver St #415**<br>**New York, NY 10004** | Line **2.14** | |
| **Acrisure SE Partners Ins Svcs**<br>**1314 E Atlantic Blvd**<br>**Pompano Beach, FL 33060** | Line **2.10** | **4145** |

| | | |
|---|---|---|
| **CSC**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703** | Line **2.13** | |
| **GM Financial**<br>**POB 183593**<br>**Arlington, TX 76096-3834** | Line **2.5** | **7472** |
| **Itria Ventures LLC**<br>**Attn.: Michael Benjamin, Manager**<br>**1 Penn Plaza, #3101**<br>**New York, NY 10119** | Line **2.11** | |
| **Itria Ventures LLC**<br>**c/o Reg Agent Corporation Service Co.**<br>**1201 Hays St**<br>**Tallahassee, FL 32301-2525** | Line **2.11** | |
| **Stone Bank**<br>**12615 Chenal Pkwy**<br>**Little Rock, AR 72211** | Line **2.12** | |
| **Wall Street Funding**<br>**64 Beaver St #415**<br>**New York, NY 10004** | Line **2.14** | |

**Fill in this information to identify the case:**

Debtor name **Seabreeze Roofing & Sheet Metal, Incorporated**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alex Patapis**<br>**6815 Monmouth Rd**<br>**West Palm Beach, FL 33413** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Ali Hooker**<br>**10405 Harvest Hills Rd**<br>**Oklahoma City, OK 73162** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

2.3 Priority creditor's name and mailing address
**Andrei Smith**
**1402 S Dixie Hwy #1310**
**Lantana, FL 33462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.4 Priority creditor's name and mailing address
**Ari Sternberg**
**3228 N Ridgeway #1**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.5 Priority creditor's name and mailing address
**Aubrie Parker**
**2373 Napier Ave #B**
**Macon, GA 31204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.6 Priority creditor's name and mailing address
**Danny Bivens**
**513 W Drew St**
**Lantana, FL 33462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Elisa Rooney**<br>**5120 Mirror Lakes Blvd.**<br>**Boynton Beach, FL 33472** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**POB 6668**<br>**Tallahassee, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Information Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.9 | Priority creditor's name and mailing address<br>**Francis Ferriera**<br>**4120 NE 21 Way #5**<br>**Lighthouse Point, FL 33064** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Attn: Special Procedures**<br>**POB 34045**<br>**Stop 572**<br>**Jacksonville, FL 32202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Information Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.11 Priority creditor's name and mailing address
**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.12 Priority creditor's name and mailing address
**Jacin Carriero**
**6807 High Ridge**
**Lantana, FL 33462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.13 Priority creditor's name and mailing address
**Karla Puerto Garcia**
**802 Eighth Ln**
**Greenacres, FL 33463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.14 Priority creditor's name and mailing address
**Noah Demiani**
**5084 NW 124 Way**
**Coral Springs, FL 33076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

**2.15** Priority creditor's name and mailing address
**Office of Attorney General**
**State of Florida**
**The Capitol PL-01**
**Tallahassee, FL 32399-1050**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.16** Priority creditor's name and mailing address
**Palm Beach County Tax Collector**
**301 North Olive Ave**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.17** Priority creditor's name and mailing address
**Securities and Exchange Commission**
**801 Brickell Ave., Suite 1950**
**Miami, FL 33131**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.18** Priority creditor's name and mailing address
**U.S. Department of Labor**
**200 Constitution Ave NW**
**Washington, DC 20210**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred
**11/25/2025**

Basis for the claim:
**Citation**

Last 4 digits of account number **8230**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.19** Priority creditor's name and mailing address

**United States Attorney General's Office**
**US Department of Justice**
**950 Pennsylvania Ave**
**Washington, DC 20530-0001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.20** Priority creditor's name and mailing address

**US Attorney Southern District of Florida**
**500 South Australian Ave #400**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**Advance Permit Services**
**10251 W Sample Rd**
**Coral Springs, FL 33065**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

**AFCO Credit Corporation**
**150 North Field Dr #190**
**Lake Forest, IL 60045**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5553

**Basis for the claim:** Insurance Premium Finance Loan

Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

**American Builders & Contractors Supply**
**c/o Brian A. Leung, Esq.**
**3203 W. Cypress St.**
**Tampa, FL 33607**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$531,356.07**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Claim for Damages

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**American Express Travel Related Svcs Co**<br>**POB 360001**<br>**Fort Lauderdale, FL 33336**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt/Default Judgment entered<br>Is the claim subject to offset? ■ No ☐ Yes | **$82,768.80** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Capital One**<br>**POB 30285**<br>**Salt Lake City, UT 84130-0285**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 8464 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$79,739.77** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Chase Ink Biz Visa**<br>**POB 15153**<br>**Wilmington, DE 19886**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 8374 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$58,267.64** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**City of Boynton Beach**<br>**124 E Woolbright Rd**<br>**Boynton Beach, FL 33435**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**City of Lake Worth Beach Utilities**<br>**120 N Federal Hwy #104**<br>**Lake Worth, FL 33460**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 6420 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Comcast Business**<br>**1100 Northpoint Pkwy**<br>**West Palm Beach, FL 33407**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Company Cam**<br>**300 Canopy St #200**<br>**Lincoln, NE 68508**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Software<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated**
Name

Case number (if known)

3.11 **Nonpriority creditor's name and mailing address**
**Dynamic Metals LLC**
**2951 SE Dominica Terr**
**Stuart, FL 34997**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$90,000.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**Elan Financial Svcs**
**POB 790408**
**Saint Louis, MO 63179-0408**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**Ford Credit**
**POB 650573**
**Dallas, TX 75265-0573**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** 2023 Ford Super Duty F-350 VIN *0778 Repossessed
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Ford Credit**
**POB 650573**
**Dallas, TX 75265-0573**
**Date(s) debt was incurred** 8/26/24
**Last 4 digits of account number** 4476

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** 2024 Ford F150 repossessed VIN 1FT6W1BMXRWG22419
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Ford Credit**
**POB 650573**
**Dallas, TX 75265-0573**
**Date(s) debt was incurred** 12/27/24
**Last 4 digits of account number** 1204

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** 2024 Ford F350 (repossessed) VIN 1FT8W3BT7REF77344
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Ford Credit**
**POB 650573**
**Dallas, TX 75265-0573**
**Date(s) debt was incurred** 9/6/2023
**Last 4 digits of account number** 8387

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** 2023 Ford F350 (repossessed) VIN 1FT8W3BA1PED40778
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

**3.17 Nonpriority creditor's name and mailing address**
**Ford Credit**
**POB 650573**
**Dallas, TX 75265-0573**
**Date(s) debt was incurred** 12/20/2024
**Last 4 digits of account number** 4657

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** 2024 Ford F250 VIN 1FTBF2BA0REF12754
Is the claim subject to offset? ■ No ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
**FPL**
**General Mail Facility**
**Miami, FL 33188-0001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.19 Nonpriority creditor's name and mailing address**
**Gateway Station, LLC**
**c/o Allison Edwards, Charles Greene PA**
**55 E Pine St**
**Orlando, FL 32801**
**Date(s) debt was incurred** 05/04/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$71,557.77**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Complaint for eviction
Is the claim subject to offset? ■ No ☐ Yes

**3.20 Nonpriority creditor's name and mailing address**
**Google Cloud**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** BF34

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.21 Nonpriority creditor's name and mailing address**
**Great America Financial Services**
**625 1 St SE #800**
**Cedar Rapids, IA 52401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,522.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Equipment lease
Is the claim subject to offset? ■ No ☐ Yes

**3.22 Nonpriority creditor's name and mailing address**
**Green Bridge Capital**
**440 Park Avenue S, 4th FL**
**New York, NY 10016**
**Date(s) debt was incurred** 08/12/2025
**Last 4 digits of account number** 7943

**As of the petition filing date, the claim is:** *Check all that apply.* **$109,847.12**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.23 Nonpriority creditor's name and mailing address**
**Gulfeagle Supply**
**4811 Dyer Blvd.**
**West Palm Beach, FL 33407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$65,000.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Lien recorded against customer's property
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

3.24 **Nonpriority creditor's name and mailing address**
**Headway Capital, LLC**
**175 W Jackson Blvd #1000**
**Chicago, IL 60604**
**Date(s) debt was incurred** 08/15/2025
**Last 4 digits of account number** 7943

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** Business loan
Is the claim subject to offset? ■ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
**Human Edge**
**30 Glenn St #401**
**White Plains, NY 10603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5330

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,444.96**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
**Intuit Financing**
**2700 Coast Ave**
**Mountain View, CA 94043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$40,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.27 **Nonpriority creditor's name and mailing address**
**Intuit/QuickBooks**
**2700 Coast Ave**
**Mountain View, CA 94043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Business software subscription
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**KB Pension Services Inc**
**8374 Market St PMB 502**
**Lakewood Ranch, FL 34202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,120.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Administration for Businesses
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
**Liberty Mutual Insurance Company**
**as Subrogee of Ashley Small**
**c/o Bruce H. Schiller, Esq.**
**7900 Glades Rd #405**
**Boca Raton, FL 33434**
**Date(s) debt was incurred** 10/08/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** Claim for Damages
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**NewLane Finance**
**123 S Broad St, 17FL**
**Philadelphia, PA 19109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,167.54**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Equipment financing
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known) ______
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.31 | **Pacific Roofing LLC**<br>**3140 SE Whaler St**<br>**Stuart, FL 34997**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,000.00** |
| 3.32 | **PNC Bank**<br>**POB 71335**<br>**Philadelphia, PA 19176-1335**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1346 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Overdrawn account<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.33 | **PNC Business**<br>**POB 71335**<br>**Philadelphia, PA 19176-1335**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,471.62** |
| 3.34 | **Raines Legal**<br>**2500 N Military Trl #303**<br>**Boca Raton, FL 33431**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.35 | **Robinhood credit card**<br>**85 Willow Rd**<br>**Menlo Park, CA 94025**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,381.00** |
| 3.36 | **Ruby Receptionist**<br>**555 SE MLK Blvd #105**<br>**Portland, OR 97214**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services rendered<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,390.00** |
| 3.37 | **South East Personnel Leasing Inc**<br>**2739 US Hwy 19 N**<br>**Holiday, FL 34691**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payroll services<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

3.38 **Nonpriority creditor's name and mailing address**
**Suncoast Roofers Supply**
**14212 N Nebraska Ave**
**Tampa, FL 33613**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,963.72**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.39 **Nonpriority creditor's name and mailing address**
**Third Day Construction Services LLC**
**6448 Dolly Cay Pl**
**Atlantis, FL 33462**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,609.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.40 **Nonpriority creditor's name and mailing address**
**Verizon**
**POB 660108**
**Dallas, TX 75266-0108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services rendered
Is the claim subject to offset? ■ No ☐ Yes

---

3.41 **Nonpriority creditor's name and mailing address**
**Visual Edge**
**2100 SW 71 Terr**
**Davie, FL 33317**
**Date(s) debt was incurred** _
**Last 4 digits of account number** SR22

**As of the petition filing date, the claim is:** *Check all that apply.* **$102.46**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.42 **Nonpriority creditor's name and mailing address**
**Waste Management of Palm Beach County**
**7501 N Jog Rd**
**West Palm Beach, FL 33412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

3.43 **Nonpriority creditor's name and mailing address**
**Web Bank**
**POB 757**
**Portsmouth, NH 03802**
**Date(s) debt was incurred** 9/17/25
**Last 4 digits of account number** 6bc6

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,152.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Line of credit
Is the claim subject to offset? ■ No ☐ Yes

---

3.44 **Nonpriority creditor's name and mailing address**
**Web Bank**
**POB 757**
**Portsmouth, NH 03802**
**Date(s) debt was incurred** 01/09/26
**Last 4 digits of account number** d5ee

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,166.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Line of credit
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (if known)
Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,370.04 |
|---|---|---|---|
| | **Web Bank**<br>**POB 757**<br>**Portsmouth, NH 03802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/14/25** | Basis for the claim: **Line of credit** | |
| | Last 4 digits of account number **fc14** | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Builders & Contractors Supply**<br>**One ABC Parkway**<br>**Beloit, WI 53511** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **American Express Travel Related Svcs Co**<br>**c/o Zwicker & Assoc**<br>**285 Davidson Ave #307**<br>**Somerset, NJ 08873** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Ashley Small**<br>**2336 Shimmer Lane**<br>**Lake Worth, FL 33467** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Gateway Station LLC**<br>**POB 580**<br>**Winter Park, FL 32790** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Gulfeagle**<br>**1851 SW 43 Terr**<br>**Deerfield Beach, FL 33442** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **NewLane Finance**<br>**POB 63044**<br>**Newark, NJ 07101-8065** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,344,398.81 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,344,398.81 |

**Fill in this information to identify the case:**

Debtor name **Seabreeze Roofing & Sheet Metal, Incorporated**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Alex Truglio**<br>**4846 Purdue Dr**<br>**Boynton Beach, FL 33436** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Andrew Hattab**<br>**6139 C Durham Dr**<br>**Greenacres, FL 33467** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Anne Williams Dorsey**<br>**180 Kings Way**<br>**Royal Palm Beach, FL 33411** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Cutomer contract** | **Anthony Roig**<br>**5080 Little Beth Dr South**<br>**Boynton Beach, FL 33472** |

Debtor 1 **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Customer contract** | **Ashley Tello**<br>**2508 NW 21 St**<br>**Boynton Beach, FL 33436** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Customer contract** | **Belinda Souza**<br>**7 Cardiff Way**<br>**Boynton Beach, FL 33426** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Customer contract** | **Biju Varghese**<br>**7889 Springvale Dr**<br>**Greenacres, FL 33467** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Customer contract** | **Brian Chaney**<br>**7681 Hoffy Circle**<br>**Greenacres, FL 33467** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Customer contract** | **Bryan Pollock**<br>**160 Fernwood Crescent**<br>**Royal Palm, FL 33411** |

Debtor 1 **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Chantel Rivera**<br>**10329 Buena Ventura Dr**<br>**Boca Raton, FL 33498** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Chuck Chirillo**<br>**2810 Kelly Brooke Lane**<br>**Deerfield Beach, FL 33442** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Connor Raines**<br>**4118 Greenway Dr**<br>**Jupiter, FL 33458** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **David Fronczak**<br>**10 Islington Place**<br>**Boynton Beach, FL 33426** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Delores Mosley**<br>**2000 NE 1 Lane**<br>**Boynton Beach, FL 33435** |

Debtor 1 **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | | **Dennis Randolph**<br>**4377 Foss Rd**<br>**Lake Worth, FL 33461** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | | **Donnie Dobson**<br>**15058 Sweetgum Ave**<br>**Delray Beach, FL 33446** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | | **Edna DuBois**<br>**236 Cardinal Lane**<br>**Delray Beach, FL 33445** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | | **Efrain Ortiz**<br>**15174 97 Rd North**<br>**West Palm Beach, FL 33412** |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | | **Eli Zamir**<br>**2906 Cormorant Rd**<br>**Delray Beach, FL 33444** |
| | List the contract number of any government contract | | |

Debtor 1 Seabreeze Roofing & Sheet Metal, Incorporated — Case number (if known)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Eric Taylor<br>4958 Purdue Dr<br>Boynton Beach, FL 33436** |
| 2.21. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Frank Capano<br>4061 NE 1 Lane<br>Delray Beach, FL 33445** |
| 2.22. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Frank White<br>11287 Sunset Blvd<br>West Palm Beach, FL 33411** |
| 2.23. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Gesly Georges<br>5513 Wishing Star Lane<br>Greenacres, FL 33463** |
| 2.24. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Howard Greenstein<br>1145 SW 15 St<br>Boca Raton, FL 33426** |

Debtor 1 Seabreeze Roofing & Sheet Metal, Incorporated
First Name Middle Name Last Name

Case number (if known)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.25. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Jamie Goren**<br>**3668 Mykonos Court**<br>**Boca Raton, FL 33487** |
| 2.26. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Jelani McCray**<br>**6100 Sugar Loaf Lane**<br>**West Palm Beach, FL 33411** |
| 2.27. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **John Iconomou**<br>**297 NW 64 St**<br>**Boca Raton, FL 33487** |
| 2.28. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Kathy Yamada**<br>**900 Quartz Terr**<br>**West Palm Beach, FL 33413** |
| 2.29. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Ken Banushi**<br>**410 SW 2nd Ave**<br>**Boynton Beach, FL 33435** |

Debtor 1 **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Kendra Leclair**<br>**20834 Sugarloaf Lane**<br>**Boca Raton, FL 33428** |
| 2.31. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Lan Ho & Linh Trang Hoang**<br>**6588 Constance St**<br>**Greenacres, FL 33467** |
| 2.32. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Lawrence Buck**<br>**1963 NE 6 St**<br>**Deerfield Beach, FL 33441** |
| 2.33. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Linda Denson**<br>**235 NW 11 Ave**<br>**Boynton Beach, FL 33435** |
| 2.34. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Real property lease** | **Loose Cannon LLC**<br>**1300 S Dixie Hwy #B**<br>**Lantana, FL 33462** |

Debtor 1 **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Malvory Reece**<br>**8319 Bermuda Sound Way**<br>**Boynton Beach, FL 33436** |
| 2.36. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Maria Rizzo**<br>**7776 Mansfield Hollow Rd**<br>**Delray Beach, FL 33446** |
| 2.37. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Mark Schofield**<br>**136 Oregon Lane**<br>**Boca Raton, FL 33487** |
| 2.38. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Mike Barry**<br>**8990 Equus Circle**<br>**Boynton Beach, FL 33472** |
| 2.39. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Orange Reality of Jupiter LLC**<br>**201 Toney Penna Dr**<br>**Jupiter, FL 33458** |

Debtor 1 **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.40. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Pat Mallon**<br>**2802 Kelly Brooke Lane**<br>**Deerfield Beach, FL 33442** |
| 2.41. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Patricia McDermot-Wells**<br>**13667 Edith Rd**<br>**Loxahatchee Groves, FL 33470** |
| 2.42. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Peter Calvagno**<br>**4560 S Barwick Ranch Circle**<br>**Delray Beach, FL 33445** |
| 2.43. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Renel Coutilien**<br>**7391 Water Dance Way**<br>**Greenacres, FL 33467** |
| 2.44. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Rodrigo Leme**<br>**205 Disc Dr**<br>**Boynton Beach, FL 33436** |

Debtor 1 **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Scott Costolo**<br>**760 NE 37 St**<br>**Boca Raton, FL 33431** |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Simone Joseph**<br>**829 Meadowlark Lane**<br>**Delray Beach, FL 33445** |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Steve Boursiquot**<br>**166 Bobwhite Rd**<br>**Royal Palm Beach, FL 33411** |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Tom Forsyth**<br>**4630 NW 7 Pl**<br>**Deerfield Beach, FL 33442** |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Customer contract** | **Tony Roach**<br>**1527 Boynton Beach Blvd**<br>**Boynton Beach, FL 33436** |

Debtor 1 **Seabreeze Roofing & Sheet Metal, Incorporated** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.50. State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| State the term remaining | | **Zach Telford**<br>**6272 Branchwood Dr**<br>**Greenacres, FL 33467** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Seabreeze Roofing & Sheet Metal, Incorporated**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jacintho J. Carreiro** | **6807 High Ridge Rd<br>Lake Worth, FL 33462** | **Headway Capital, LLC** | ☐ D<br>■ E/F **3.24**<br>☐ G |
| 2.2 | **Jacintho J. Carreiro** | **6807 High Ridge Rd<br>Lake Worth, FL 33462** | **Stone Bank** | ■ D **2.12**<br>☐ E/F<br>☐ G |
| 2.3 | **Jacintho J. Carreiro** | **6807 High Ridge Rd<br>Lake Worth, FL 33462** | **NewLane Finance** | ☐ D<br>■ E/F **3.30**<br>☐ G |
| 2.4 | **Jacintho J. Carreiro** | **6807 High Ridge Rd<br>Lake Worth, FL 33462** | **U.S. Small Business Administration** | ■ D **2.13**<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Seabreeze Roofing & Sheet Metal, Incorporated**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,421,750.71** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$7,343,860.97** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$10,938,593.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Jacintho J. Carreiro**<br>**6807 High Ridge Rd**<br>**Lake Worth, FL 33462** | **Personal compensation and salary** | **$230,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Wall Street Funding**<br>**30 Broad St, 14 FL**<br>**New York, NY 10004** | **03.26, 04.02 , 04.09, 04.16, 04.23, 04.30, 05.07, 05.14, 05.21, 05.28** | **$20,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Gulfeagle Supply**<br>**4811 Dyer Blvd.**<br>**West Palm Beach, FL 33407** | **03/26/26; 03/27/26** | **$14,590.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jacintho J. Carreiro**<br>**6807 High Ridge Rd**<br>**Lake Worth, FL 33462**<br>**President** | | **$230,000.00** | **Personal compensation and salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Credit**<br>**POB 650573**<br>**Dallas, TX 75265-0573** | **2024 Ford F350**<br>**VIN 1FT8W3BT7REF77344** | | **$64,292.18** |
| **Ford Credit**<br>**POB 650573**<br>**Dallas, TX 75265-0573** | **2024 Ford F150 VIN#**<br>**1FT6W1BMXRWG22419** | | **$52,000.00** |
| **Ford Credit**<br>**POB 650573**<br>**Dallas, TX 75265-0573** | **2023 Ford F350**<br>**VIN 1FT8W3BA1PED40778** | | **$44,000.00** |

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Credit**<br>**POB 650573**<br>**Dallas, TX 75265-0573** | **2024 Ford F250**<br>**VIN 1FTBF2BA0REF12754** | | **$47,323.79** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Suncoast Roofers Supply**<br>**14212 N Nebraska Ave**<br>**Tampa, FL 33613** | **Garnishment**<br>Last 4 digits of account number: _____ | **06/18/26** | **$10,000.00** |

**Part 3:** **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Liberty Mutual Insurance Company**<br>**v.**<br>**Seabreeze Roofing & Sheet Metal Incorporated**<br>**502025CC017950XXXXASB RS** | **Claim for Damages** | **Palm Beach County Circuit Court**<br>**205 N Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Itria Ventures LLC**<br>**v.**<br>**Seabreeze Roofing & Sheet Metal Incorporated, et al.**<br>**502025CA012910XXXAMB AO** | **Claim for Damages** | **Palm Beach County Circuit Court**<br>**205 N Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **American Builders & Contractors Supply**<br>**v.**<br>**Seabreeze Roofing & Sheet Metal Incorporated**<br>**502026CA002379XXXAMB AE** | **Claim for Damages** | **Palm Beach County Circuit Court**<br>**205 N Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Gateway Station, LLC**<br>**v.**<br>**Seabreeze Roofing & Sheet Metal Incorporated, et al**<br>**502026CA005011XXXA MB** | **Claim for Damages and Eviction** | **Palm Beach County Circuit Court**<br>**205 N Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Seabreeze Roofing & Sheet Metal, Inc.<br>v.<br>Kimberly Goddard, as Trustee of the Kimberly Goddard Revocable Trust Under Agreement dated August 7, 2018<br>502025CC017976XXXXASB** | **Claim for Damages** | **Palm Beach County Circuit Court<br>205 N Dixie Highway<br>West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **American Express Travel Related Services Company, Inc.<br>v.<br>Seabreeze Roofing & Sheet Metal Incorporated<br>163219/2025** | **Claim for Damages** | **Supreme Court County of New York<br>State of New York<br>60 Centre St<br>New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Gulfside Supply, Inc. d/b/a Gulfeagle Supply<br>v.<br>Seabreeze Roofing and Sheet Metal, Incorporated<br>2026-009261-CA-01** | **Claim for damages** | **Miami-Dade County<br>73 West Flager St<br>Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **SRS Distribution, Inc. d/b/a Suncoast Roofers Supply<br>vs.<br>Seabreeze Roofing & Sheet Metal Incorporated and Jacin Carreiro a/k/a Jacintho Joseph Carreiro<br>25-001911-CI** | **Claim for damages** | **Sixth Judicial Circuit, Pinellas County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shraiberg Page PA**<br>**2385 NW Executive Center Dr #300**<br>**Boca Raton, FL 33431** | | **05/18/2026** | **$75,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**
**Elisa Rooney**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Sienna Collection Inc d/b/a Karma**<br>**2741 N. Federal Hwy**<br>**Pompano Beach, FL 33064** | **2021 Dodge Ram VIN 1C6SRFU91MN781895** | **05/22/2026** | **$70,000.00** |

**Relationship to debtor**
**None**

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number *(if known)*

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2600 High Ridge Road<br>Boynton Beach, FL 33426** | **2021 - 2026** |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **SSC Inc./KB Pension 401(k)** | EIN: **694714** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank** | **XXXX-4329** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Kabat Schertzer De La Torre Taraboulos**<br>**951 Yamato Rd #210**<br>**Boca Raton, FL 33431** | |
| 26a.2. | **Alexandra Hooker**<br>**A. Hooker Bookkeeping**<br>**10405 Harvest Hills Rd**<br>**Oklahoma City, OK 73162** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jacintho J. Carreiro**<br>**6807 High Ridge Rd**<br>**Lake Worth, FL 33462** | **$230,000.00** | | **Compensation and salary** |
| | Relationship to debtor<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **Seabreeze Roofing & Sheet Metal, Incorporated** Case number *(if known)*

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 26, 2026**

***/s/ Jacintho J. Carreiro***
Signature of individual signing on behalf of the debtor

**Jacintho J. Carreiro**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ■ No
- ☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re **Seabreeze Roofing & Sheet Metal, Incorporated** Case No. ____
Debtor(s) Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Jacintho J. Carreiro**<br>**6807 High Ridge Rd**<br>**Lake Worth, FL 33462** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 26, 2026** Signature ***/s/* Jacintho J. Carreiro**
**Jacintho J. Carreiro**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re **Seabreeze Roofing & Sheet Metal, Incorporated** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 26, 2026**

**/s/ Jacintho J. Carreiro**
**Jacintho J. Carreiro**/**President**
Signer/Title

4 Pillar Funding
64 Beaver St #415
New York, NY 10004

Acrisure SE Partners Ins Svcs
1314 E Atlantic Blvd
Pompano Beach, FL 33060

Advance Permit Services
10251 W Sample Rd
Coral Springs, FL 33065

AFCO Credit Corporation
150 North Field Dr #190
Lake Forest, IL 60045

Alex Patapis
6815 Monmouth Rd
West Palm Beach, FL 33413

Alex Truglio
4846 Purdue Dr
Boynton Beach, FL 33436

Ali Hooker
10405 Harvest Hills Rd
Oklahoma City, OK 73162

Ally Financial
POB 78234
Phoenix, AZ 85062-8234

American Builders & Contractors Supply
c/o Brian A. Leung, Esq.
3203 W. Cypress St.
Tampa, FL 33607

American Builders & Contractors Supply
One ABC Parkway
Beloit, WI 53511

American Express Travel Related Svcs Co
POB 360001
Fort Lauderdale, FL 33336

American Express Travel Related Svcs Co
c/o Zwicker & Assoc
285 Davidson Ave #307
Somerset, NJ 08873

Andrei Smith
1402 S Dixie Hwy #1310
Lantana, FL 33462

Andrew Hattab
6139 C Durham Dr
Greenacres, FL 33467

Anne Williams Dorsey
180 Kings Way
Royal Palm Beach, FL 33411

Anthony Roig
5080 Little Beth Dr South
Boynton Beach, FL 33472

Ari Sternberg
3228 N Ridgeway #1
Chicago, IL 60618

Ashley Small
2336 Shimmer Lane
Lake Worth, FL 33467

Ashley Tello
2508 NW 21 St
Boynton Beach, FL 33436

Aubrie Parker
2373 Napier Ave #B
Macon, GA 31204

Belinda Souza
7 Cardiff Way
Boynton Beach, FL 33426

Biju Varghese
7889 Springvale Dr
Greenacres, FL 33467

Brian Chaney
7681 Hoffy Circle
Greenacres, FL 33467

Bryan Pollock
160 Fernwood Crescent
Royal Palm, FL 33411

Capital One
POB 30285
Salt Lake City, UT 84130-0285

Chantel Rivera
10329 Buena Ventura Dr
Boca Raton, FL 33498

Chase Ink Biz Visa
POB 15153
Wilmington, DE 19886

Chuck Chirillo
2810 Kelly Brooke Lane
Deerfield Beach, FL 33442

City of Boynton Beach
124 E Woolbright Rd
Boynton Beach, FL 33435

City of Lake Worth Beach Utilities
120 N Federal Hwy #104
Lake Worth, FL 33460

Comcast Business
1100 Northpoint Pkwy
West Palm Beach, FL 33407

Company Cam
300 Canopy St #200
Lincoln, NE 68508

Connor Raines
4118 Greenway Dr
Jupiter, FL 33458

Corporation Service Company
POB 2576
Springfield, IL 62708

CSC
801 Adlai Stevenson Dr
Springfield, IL 62703

Danny Bivens
513 W Drew St
Lantana, FL 33462

David Fronczak
10 Islington Place
Boynton Beach, FL 33426

Delores Mosley
2000 NE 1 Lane
Boynton Beach, FL 33435

Dennis Randolph
4377 Foss Rd
Lake Worth, FL 33461

Donnie Dobson
15058 Sweetgum Ave
Delray Beach, FL 33446

Dynamic Metals LLC
2951 SE Dominica Terr
Stuart, FL 34997

Edna DuBois
236 Cardinal Lane
Delray Beach, FL 33445

Efrain Ortiz
15174 97 Rd North
West Palm Beach, FL 33412

Elan Financial Svcs
POB 790408
Saint Louis, MO 63179-0408

Eli Zamir
2906 Cormorant Rd
Delray Beach, FL 33444

Elisa Rooney
5120 Mirror Lakes Blvd.
Boynton Beach, FL 33472

Eric Taylor
4958 Purdue Dr
Boynton Beach, FL 33436

Financial Agent Services
POB 2576
Springfield, IL 62708

Florida Department of Revenue
POB 6668
Tallahassee, FL 32314-6668

Ford Credit
POB 650573
Dallas, TX 75265-0573

FPL
General Mail Facility
Miami, FL 33188-0001

Francis Ferriera
4120 NE 21 Way #5
Lighthouse Point, FL 33064

Frank Capano
4061 NE 1 Lane
Delray Beach, FL 33445

Frank White
11287 Sunset Blvd
West Palm Beach, FL 33411

Gateway Station LLC
POB 580
Winter Park, FL 32790

Gateway Station, LLC
c/o Allison Edwards, Charles Greene PA
55 E Pine St
Orlando, FL 32801

Gesly Georges
5513 Wishing Star Lane
Greenacres, FL 33463

Global Merchant Cash, Inc.
64 Beaver St, #415
New York, NY 10004

GM Financial
POB 650595
Dallas, TX 75265-0595

GM Financial
POB 183593
Arlington, TX 76096-3834

Google Cloud
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Great America Financial Services
625 1 St SE #800
Cedar Rapids, IA 52401

Green Bridge Capital
440 Park Avenue S, 4th FL
New York, NY 10016

Gulfeagle
1851 SW 43 Terr
Deerfield Beach, FL 33442

Gulfeagle Supply
4811 Dyer Blvd.
West Palm Beach, FL 33407

Headway Capital, LLC
175 W Jackson Blvd #1000
Chicago, IL 60604

Howard Greenstein
1145 SW 15 St
Boca Raton, FL 33426

Human Edge
30 Glenn St #401
White Plains, NY 10603

Internal Revenue Service
Attn: Special Procedures
POB 34045
Stop 572
Jacksonville, FL 32202

Internal Revenue Service
POB 7346
Philadelphia, PA 19114

Intuit Financing
2700 Coast Ave
Mountain View, CA 94043

Intuit/QuickBooks
2700 Coast Ave
Mountain View, CA 94043

IPFS Corp
3522 Thomasville Rd #400
Tallahassee, FL 32309

Itria Ventures LLC
c/o Paul A Humbert Esq
9655 S Dixie Hwy., #312
Miami, FL 33156

Itria Ventures LLC
Attn.: Michael Benjamin, Manager
1 Penn Plaza, #3101
New York, NY 10119

Itria Ventures LLC
c/o Reg Agent Corporation Service Co.
1201 Hays St
Tallahassee, FL 32301-2525

Jacin Carriero
6807 High Ridge
Lantana, FL 33462

Jacintho J. Carreiro
6807 High Ridge Rd
Lake Worth, FL 33462

Jamie Goren
3668 Mykonos Court
Boca Raton, FL 33487

Jelani McCray
6100 Sugar Loaf Lane
West Palm Beach, FL 33411

John Iconomou
297 NW 64 St
Boca Raton, FL 33487

Karla Puerto Garcia
802 Eighth Ln
Greenacres, FL 33463

Kathy Yamada
900 Quartz Terr
West Palm Beach, FL 33413

KB Pension Services Inc
8374 Market St PMB 502
Lakewood Ranch, FL 34202

Ken Banushi
410 SW 2nd Ave
Boynton Beach, FL 33435

Kendra Leclair
20834 Sugarloaf Lane
Boca Raton, FL 33428

Lan Ho & Linh Trang Hoang
6588 Constance St
Greenacres, FL 33467

Lawrence Buck
1963 NE 6 St
Deerfield Beach, FL 33441

Liberty Mutual Insurance Company
as Subrogee of Ashley Small
c/o Bruce H. Schiller, Esq.
7900 Glades Rd #405
Boca Raton, FL 33434

Linda Denson
235 NW 11 Ave
Boynton Beach, FL 33435

Loose Cannon LLC
1300 S Dixie Hwy #B
Lantana, FL 33462

Malvory Reece
8319 Bermuda Sound Way
Boynton Beach, FL 33436

Maria Rizzo
7776 Mansfield Hollow Rd
Delray Beach, FL 33446

Mark Schofield
136 Oregon Lane
Boca Raton, FL 33487

Mike Barry
8990 Equus Circle
Boynton Beach, FL 33472

NewLane Finance
123 S Broad St, 17FL
Philadelphia, PA 19109

NewLane Finance
POB 63044
Newark, NJ 07101-8065

Noah Demiani
5084 NW 124 Way
Coral Springs, FL 33076

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Orange Reality of Jupiter LLC
201 Toney Penna Dr
Jupiter, FL 33458

Pacific Roofing LLC
3140 SE Whaaler St
Stuart, FL 34997

Palm Beach County Tax Collector
301 North Olive Ave
West Palm Beach, FL 33401

Pat Mallon
2802 Kelly Brooke Lane
Deerfield Beach, FL 33442

Patricia McDermot-Wells
13667 Edith Rd
Loxahatchee Groves, FL 33470

Peter Calvagno
4560 S Barwick Ranch Circle
Delray Beach, FL 33445

PNC Bank
POB 71335
Philadelphia, PA 19176-1335

PNC Business
POB 71335
Philadelphia, PA 19176-1335

Raines Legal
2500 N Military Trl #303
Boca Raton, FL 33431

Renel Coutilien
7391 Water Dance Way
Greenacres, FL 33467

Robinhood credit card
85 Willow Rd
Menlo Park, CA 94025

Rodrigo Leme
205 Disc Dr
Boynton Beach, FL 33436

Ruby Receptionist
555 SE MLK Blvd #105
Portland, OR 97214

Scott Costolo
760 NE 37 St
Boca Raton, FL 33431

Securities and Exchange Commission
801 Brickell Ave., Suite 1950
Miami, FL 33131

Simone Joseph
829 Meadowlark Lane
Delray Beach, FL 33445

South East Personnel Leasing Inc
2739 US Hwy 19 N
Holiday, FL 34691

Steve Boursiquot
166 Bobwhite Rd
Royal Palm Beach, FL 33411

Stone Bank
802 E. Main St
Mountain View, AR 72560

Stone Bank
12615 Chenal Pkwy
Little Rock, AR 72211

Suncoast Roofers Supply
14212 N Nebraska Ave
Tampa, FL 33613

Third Day Construction Services LLC
6448 Dolly Cay Pl
Atlantis, FL 33462

Tom Forsyth
4630 NW 7 Pl
Deerfield Beach, FL 33442

Tony Roach
1527 Boynton Beach Blvd
Boynton Beach, FL 33436

U.S. Department of Labor
200 Constitution Ave NW
Washington, DC 20210

U.S. Small Business Administration
2 North St, #320
Birmingham, AL 35203

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Ave
Washington, DC 20530-0001

US Attorney Southern District of Florida
500 South Australian Ave #400
West Palm Beach, FL 33401

Verizon
POB 660108
Dallas, TX 75266-0108

Visual Edge
2100 SW 71 Terr
Davie, FL 33317

Wall Street Funding
30 Broad St, 14 FL
New York, NY 10004

Wall Street Funding
64 Beaver St #415
New York, NY 10004

Waste Management of Palm Beach County
7501 N Jog Rd
West Palm Beach, FL 33412

Web Bank
POB 757
Portsmouth, NH 03802

Zach Telford
6272 Branchwood Dr
Greenacres, FL 33467