**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

SeaBreeze Roofing & Sheet Metal, Inc. Case No. 26-18450-EPK

Debtor. Subchapter V, Chapter 11

_________________________________________/

**SECTION 1188(C) STATUS CONFERENCE REPORT**

SeaBreeze Roofing & Sheet Metal, Incorporated (the "Debtor"), by and through its undersigned counsel and pursuant to 11 U.S.C. § 1188(c), hereby submits the following report ahead of the August 12, 2026 status conference in this subchapter V case:

1. On June 26, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code.

2. The Debtor is operating its business and managing its affairs as a debtor in possession pursuant to 11 U.S.C. §§1182(2) and 1184.

3. The Debtor is a licensed residential and commercial roofing contractor specializing in repair, replacement, and installation services.

4. Ther Debtor attended the initial debtor interview on July 8, 2026 at 2:30 p.m.

5. The section 341 meeting in this case is scheduled for July 30, 2026 at 10:00 a.m.

6. The Debtor is focused on operating its business within the parameters of chapter 11 and complying with the requirements placed on chapter 11 bankruptcy debtors..

7. The Debtor is making monthly adequate protection payments to two (2) secured creditors: (1) the U.S. Small Business Association in the amount of $5,000 and (2) Stone Bank in the amount of $3,383.44.

8. The Debtor's chapter 11 plan of reorganization (the "Plan") will propose to contribute its disposable income over three (3) years to general unsecured creditors. The Debtor will use its best efforts to obtain consensual support to the Plan.

Respectfully submitted,

**SHRAIBERG PAGE P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: jpage@slp.law

By: */s/John E. Page*____________________
John E. Page
Florida Bar No. 860581

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on July 29, 2026, a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service.

*/s/ John E. Page*________________

**VIA CM/ECF:**

- **Daniel E Etlinger** detlinger@underwoodmurray.com, detlinger@ecf.courtdrive.com;euzonwanne@underwoodmurray.com;vburbano@underwoodmurray.com;jpatterson@underwoodmurray.com
- **Heidi A Feinman** Heidi.A.Feinman@usdoj.gov
- **Angela N Grewal** angela.grewal@arlaw.com, ari.martinez@arlaw.com;jessica.bowers@arlaw.com;philip.navarro@arlaw.com
- **Paul A Humbert** pa@pahumbertlaw.com, eservice@pahumbertlaw.com
- **Gerard M Kouri Jr.** gmkouripaecf@gmail.com, gmkouri@bellsouth.net

- **Linda Marie Leali** trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com
- **Hannah J. Lief** hlief@slp.law, dwoodall@slp.law;pmouton@slp.law;mortman@slp.law
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **John E Page** jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com;mortman@slp.law
- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law