UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Seabreeze Roofing & Sheet Metal Incorporated, Case No.: 9:26-bk-18450-EPK
Chapter 11

Debtor.
_______________________________________/

**CREDITORS' PATRICK AND PATRICIA MALLON RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE**

Creditors Patrick and Patricia Mallon, ("Creditors"), by and through their undersigned counsel, hereby file this *Creditors' Patrick and Patricia Mallon Response in Opposition to Debtor's Motion to Voluntarily Dismiss Case,* ("Response"), and would respectfully set forth and show:

**Preliminary Statement**

**The Debtor admits in its motion to voluntarily dismiss its Chapter 11 case, that it does not have a viable pathway to reorganization, does not have the ability to propose a confirmable plan and does not have the ability to continue operating in bankruptcy. For the following reasons, the Creditors believe it is in the best interest of all creditors concerned that this instant Chapter 11 case be converted to a Chapter 7 liquidation case, and not be dismissed**.

1. Seabreeze Roofing & Sheet Metal, Inc., ("Debtor") has filed its *Motion to Voluntarily Dismiss Case*, [ECF #70], ("Motion"). The Debtor acknowledges that its Chapter 11 is doomed as the Debtor does not have a viable pathway to reorganization, it does not have the ability to propose a confirmable plan, and it does not have the

ability to continuing operating in bankruptcy. See, Motion at paragraph 5.

2. In the most general terms, the Debtor contends that a dismissal of this Chapter 11, and not a conversion to a chapter 7, would be in the best interest of creditors. The Debtor argues that the Chapter 7 expenses, collectibility of accounts receivable and valuation of its remaining assets are all factors that support a dismissal. For the following reasons, Creditors believe that a conversion of this case to a chapter 7 liquidation case, is in fact in the best interest of creditors.

3. Bankruptcy Code §1112(b)(1) provides as follows:

> Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines appointment under section 1104(a) of a trustee or examiner is in the best interests of creditors and the estate.

4. Bankruptcy Code §1112(b)(4) provides a non-exclusive listing of what constitutes "cause" that could support a conversion or dismissal. Such cause factors that are relevant to the instant case including the following:

> (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation
>
> (B) gross mismanagement of the estate,
>
> (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter

**Substantial or continuing loss to or diminution of the estate and the absence**

**of a reasonable likelihood of rehabilitation**

5. By the Debtor's own admission in the Motion, after being in its Chapter 11 for three months, (the Petition was filed on June 26, 2026), the Debtor has determined that it has no viable pathway to reorganization, does not have the ability to propose a confirmable plan, and does not have the ability to continue operating in bankruptcy. Clearly the Debtor has no reasonable likelihood of rehabilitation.

6. The Debtor has only filed its operating reports for the months of June, 2026 and July, 2026. The operating report for the month of August, 2026 is now late. Without the August, 2026 report, creditors cannot determine if the estate is suffering a substantial or continuing loss or diminution. Nevertheless, the Motion suggests that the Debtor's business is failing.

**Gross mismanagement of the estate**

7. There is clear evidence of both pre-petition and post-petition gross mismanagement. The Debtor's *Amended Chapter 11 Case Management Summary*, [ECF # 32], ("Summary"), describes pre-petition events leading up to the commencement of this Chapter 11 case. These events clearly reflect pre-petition gross mismanagement of the Debtor's affairs. The Summary in this regard states as follows:

> 5. Reasons for filing Chapter 11:
>
> The Debtor's bankruptcy filing was precipitated by a wrongful act of a sales employee of the Debtor in January 2025, who was deliberately overpricing bids and costing the Debtor's business. In August of 2025, the employee also involved the Debtor with a consulting company, International Services, and Richart Patanao

("Patanao") an engagement which turned out to be a scam. International Services was retained to help the Debtor establish standard operating procedures for administrative and office work. However, International Services did not perform any real services and completely mismanaged the Debtor's office operations. Patanao was ultimately arrested in November of 2025 for allegedly stealing hundreds of thousands of dollars from Deering Bay Yacht & Country Club in Coral Gables. By the time Mr. Carreiro discovered the mismanagement and fraud, sales and payments to venders had been disrupted. Unfortunately, the Debtor sought out merchant cash advances to stay afloat but his fallen further behind with creditors due to the usurious interest charged by the merchant cash advances. Suppliers and other creditors have initiated lawsuits and the Debtor seeks relief under Chapter 11 to restructure its debts and financial affairs.

8. There is clear evidence of post petition gross mis-management as well. As the Summary indicates, the Debtor is a commercial roofing contractor specializing in repair, replacement and installation services. The Debtor repairs and replaces roofs on residential units. There appears to be a pattern where the Debtor signs up clients, takes deposits and either fails to complete the work, or never even starts the work, and fails to communicate with the client- all to the detriment of the client/creditors.

9. For example, the Creditors had retained the services of the Debtor to replace the roof on their residence, through a contract dated March 3, 2026, a true copy

of which is attached as Exhibit "A" to this Response. The contract required various progress payments. By the time of the commencement of this case, the work performed by the Debtor had not yet been completed. Nevertheless, on or about July 8, 2026, Creditors made a good faith progress payment of $6,700.00 to the Debtor. In return for that payment, on July 8, 2026, the Debtor executed a *Waiver and Release of Lien Upon Progressive Payment*, ("Lien Waiver"), a true copy of which is attached as Exhibit "B" to this Response. Notwithstanding the post-petition payment and the Lien Waiver, the Debtor did not pay the subcontractor performing services on the Creditors' property. The subcontractor thereafter filed a *Claim of Lien* against Creditors' property, which *Claim of Lien* was recorded on August 18, 2026, a true copy of which is attached as Exhibit "C" to this Response. The subcontractor has threatened to sue to foreclose on its lien. Inquiries to the Debtor concerning the application of the post-petition payment made by the Creditors have gone unanswered. What is clear is that the Debtor did not pay the subcontractor. Further, Creditors have learned that the Debtor never pulled a permit for the work that was performed on the Creditors' property. The failure to pay the subcontractor on a project that a permit was not pulled, has exposed the Creditors to continual and additional expense.

10. Creditors are not the only creditors that appear to be having issues of non-completion of their project and no communications by the Debtor. A review of the court file reflects a paper filed by Biju Varghese, [ECF # 63]. This paper reflects similar problems being experienced by this person as with the Creditors. The project has not been completed by the Debtor, and the Debtor does not communicate.

11. Another document filed with the court, [ECF # 64], filed by one Evan DeZaldo indicates that on the same day the Debtor commenced this Chapter 11, it

entered into a contract with this individual. This individual seeks to cancel this contract immediately, as the Debtor had not performed any work.

12. Another document filed with this court, [ECF #65], filed by one Michele Noto lays out a similar fact pattern as the one set forth in [ECF # 64], where the contract between the client and the Debtor was signed on the same day that the Debtor filed this chapter 11 case, and no work has been performed.

13. There is a pattern concerning the Debtor's business and its treatment of its creditors. The Debtor collects deposits for jobs to replace or repair roofs, performs little if any work on a particular project, and then provides little if any communication to its customers as to the status of their project. As of October 8, 2026, there were 55 proof of claims filed in this case. A cursory review of the claims, focusing on claims filed by individuals, reflect substantial claims arising out of the pattern as set forth above. The listing of the claimants and their claims is below:

| NAME | CLAIM # | AMOUNT |
|---|---|---|
| Michale Daddario | 55-1 | $8,900.00 |
| Penelope Perry | 54-1 | $Unknown |
| Elizabeth Caputo | 53-1 | $2,500.00 |
| Jeremy Levy | 52-1 | $7,291.25 |
| Sheridan Smith | 50-1 | $Unknown |
| Peter Calvagno | 48-1 | $6,998.00 |
| Simone Joseph | 46-1 | $Unknown |
| Biju Varghese | 45-1 | $5,921.00 |
| William & Brittany Vandermolen | 42-1 | $7,046.10 |
| Evan DeZaldo | 41-1 | $4,040.10 |
| **Patrick and Patricia Mallon** | **38-1** | **19,200.00** |
| Maria Dolores Barbiere Legacy Trust | 40-1 | $12,766.96 |
| Ashley Tello | 37-1 | $9,308.02 |
| Gregory Rothstein | 36-1 | $3,175.72 |
| Michelle & Frank Capano | 34-1 | $34,250.00 |
| Michele Noto | 32-1 | $4,040.10 |
| Edna DuBois | 31-1 | $8,000.00 |

| | | |
|---|---|---|
| Gesly Georges | 24-1 | $5,970.00 |
| Patricia McDermott-Wells | 17-1 | $7,768.72 |
| Michael Brian Chaney | 13-1 | $4,307.00 |
| Zach Telford | 6-1 | $6,907.25 |
| | | **Total Claims owed: $158.390.12** |

14. Creditors have lost complete faith in this Debtor. Creditors believe that what assets of the Debtor remain, should be turned over to a court fiduciary trustee within a chapter 7 context. This would be in the best interest of creditors.

**Unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter**

15. As stated earlier, the Debtor has only filed monthly operating reports for June, 2026 and July, 2026. The August, 2026 report was due on or about September, 2026- and it is late. That report would be critical for creditors and parties-in-interest to see the most current financial situation of the Debtor. Interestingly, instead of timely filing the August, 2026 report when it was due, the Motion was filed the next day- September 22, 2026.

**Best Interest of Creditors would support a conversion to a chapter 7.**

16. For the reasons set forth above, Creditors have no faith in the Debtor and its current management remaining in possession of the Debtor's business. Moreover, based on the last operating report that was filed, for the month of July 2026, there is cash on hand at the end of the month of $79,297.00.

It is in the best interest of creditors that the funds that are property of the estate be turned over to a fiduciary trustee of the court. The report also reflects open accounts receivable in the amount of $100,395.29. A trustee should be given the opportunity to collect the accounts receivable for the benefit of the estate and its creditors.

17. Moreover, Creditors feel an independent trustee can review the Debtor's financial affairs, both pre-petition and post-petition. Such review may bring to light claims for relief that the trustee, with its strong arm powers, can recover funds for the benefit of the creditors.

WHEREFORE, for the foregoing reasons, it is respectfully requested that this Court convert this case to a chapter 7 case, and not dismiss the case as requested by the Debtor, and for such other and further relief as the Court may deem proper under the circumstances.

**CERTIFICATE OF SERVICE**

I certify that on **October 9, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served on all parties and counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF and to those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing identified on the attached lists via U.S. Mail.

Respectfully submitted,

BEHAR, GUTT & GLAZER, P.A.
Attorneys for Creditors Patrick & Patricia Mallon
DCOTA, 1855 Griffin Road

Suite A-350
Fort Lauderdale, Florida 33004
Telephone & Fax: (954) 266-3710
Email: bsb@bgglaw.com
Secondary: jgarcia@bgglaw.com

By: /s/ ***Brian S. Behar***
BRIAN S. BEHAR, ESQ.
FBN: 727131

# EXHIBIT A

03/03/2026

SeaBreeze Roofing

**SeaBreeze Roofing REROOF Department**
7600 High Ridge Rd.
Boynton Beach, FL 33426
CGC 1328689
Phone: (561) 292-3457

**Company Representative**
[illegible]
Phone: (561) 943-2976
[illegible]@SeaBreezeRoof.com

Pat Mallon
2502 Kelly Brooke Lane
Deerfield Beach, FL 33442-7914
(978) 204-4545

Job: Pat Mallon

## Mallon 24ga., 1.5in. SSeam Metal Roof

| | Price |
|---|---|
| Scope of Work: 1.5" Standing Seam Standard Color | $25,700.00 |

[illegible] 40 LFT. FASCIA SIX SHEETS

** Pricing includes new wall flashing and stucco. Painting by others.

METALS A FROM DYNAMIC METALS.
POLYGLASS XFR

$25,700.00

## Mallon Optional Upgrades

*NEW WALL FLASHING OVER ENTRANCE. DO NOT REPLACE.
* BACK ROOF DIP IN DECK.

| | Price |
|---|---|
| [illegible] | $2,421.00 |
| [illegible] ADD GUTTER TO FRONT - DSPOUT DOWN POST | $1,100.00 |

[illegible]

$3,521.00

[illegible]

$6700
$6764
$6766
$6700

[illegible]

Case 26-18450-EPK Doc 79 Filed 10/09/26 Page 12 of 24



SeaBreeze Roofing
& Sheet Metal, Inc.

2600 High Ridge Road | Boynton Beach, FL 33426 | Phone: 561 292 3457 | website www.seabreezeroof.com
Florida Certified Roofing Contractor CCC1328689 | Florida Certified General Contractor CGC1521617 | Florida Certified Solar Contractor CVC57071

| | | |
|---|---|---|
| 1"x2" Pressure Treated Pine Furring Strip | | $2.50/ ft |
| 1"x3" Pressure Treated Pine Furring Strip | | $4.00/ ft |
| 2" x 6" Pressure Treated Pine | | $8.00/ ft |
| 1" x 4" Yellow Pine | | $7.00/ ft |
| 1" x 6" Yellow Pine | | $10.00/ ft |
| 1" x 8" Yellow Pine | | $11.00/ ft |
| 1" x 10" Yellow Pine | | $12.00/ ft |
| 1" x 12" Yellow Pine | | $14.00/ ft |
| 2" x 4" Yellow Pine | | $6.00/ ft |
| 2" x 6" Yellow Pine | | $8.00/ ft |
| 2" x 8" Yellow Pine | | $13.00/ ft |
| 2" x 10" Yellow Pine | | $14.00/ ft |
| 2" x 12" Yellow Pine | | $15.00/ ft |
| 1" x 4" Cedar | | $9.00/ ft |
| 1" x 6" Cedar | | $11.00/ ft |
| 1" x 8" Cedar | | $12.00/ ft |
| 1" x 12" Cedar | | $16.00/ ft |
| 2" x 4" Cedar | | $10.00/ft |
| ✓ 2" x 8" Cedar | $15— | ~~$19.00~~/ ft |
| 4" x 5" Copper L-flashing | | $30.00/ft |
| 4" x 5" Galvanized L-flashing | | $20.00/ ft |
| 1" x 6" Tongue & Groove | | $8.00/ ft |
| ½" Plywood | | $130.00/ sheet |
| ✓ 5/8" Plywood | $ 90— | ~~$140.00~~/ sheet |
| Stucco | | $30.00/ ft |
| Hurricane Straps | | $75.00/ ea |

DM / BM
Initials

[illegible]

[illegible]

[illegible] I will not hold Seabreeze Roofing responsible for any damage to the gutters. I understand that the gutters may need to be removed to apply/replace components of the roof. I understand that Seabreeze Roofing will dispose of the gutters if they are removed.

Acceptance of Proposal – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above. By signing this proposal, you agree to the Seabreeze Roofing and Sheet Metal Inc. General Terms and Conditions.

Company Authorized Signature ____________________ Date ____________

x [signature] ____________________ 3-5-2026

Customer Signature ____________________ Date

Patricia Mallon ____________________ 3-5-26

Customer Signature ____________________ Date

PATRICIA A MALLON
PATRICK J MALLON
53 GREENSIDE WAY
METHUEN, MA 01844-2143

265

DATE March 5, 2026

PAY TO THE ORDER OF Sea Breeze Roofing $ 6700.00

Six Thousand Seven Hundred —— 00/100 DOLLARS

SalemFive

MEMO Roof Deposit Patricia Mallon

⑆211370558⑆ 0880615065⑈ 0265

Pat

# EXHIBIT B

2600 High Ridge Road | Boynton Beach, FL 33426 | Phone: 561.292.3457 | website: www.seabreezeroof.com
Florida Certified Roofing Contractor CCC1328689 | Florida Certified General Contractor CGC1521632 | Florida Certified Solar Contractor CVC57073

# WAIVER AND RELEASE OF LIEN UPON PROGRESSIVE PAYMENT

The undersigned Lienor, in consideration of the partial payment in the amount of $21,930.

Hereby waives and releases its lien and right to claim a lien for labor, services or materials to through the release date of Wednesday, July 8, 2026 for the following described property:

Owner Name: Patrick Mallon

Job Address: 2802 Kelly Brooke Lane Deerfield Beach, FL 33442-7914

Job Number: R-26015

x ____Jacintho J Carreiro_,

Owner/President Signature

By *Jacintho Carreiro* as Owner of:

SeaBreeze Roofing and Sheet Metal Inc.

2600 High Ridge Road

Boynton Beach, FL 33426

# EXHIBIT C

[illegible] Page 1 of [illegible] Recorded [illegible]/2026 at [illegible] PM
Broward County Commission

WARNING!

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THE LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

# Claim of Lien

STATE OF FLORIDA
COUNTY OF Martin

BEFORE ME, the undersigned Notary Public, personally appeared Andrew Keys who was duly sworn and says that he is the Manager and Authorized Agent of Metal Ops LLC, the Lienor herein, and that in accordance with a contract with Seabreeze Roofing and Sheet Metal Inc. [illegible] Lienor furnished metal roofing materials and related components in connection with the remodeling of the residence located on the following property of Broward County Florida (the "Property"):

| | |
|---|---|
| Physical Address: | 2802 Deer Creek Kellybrooke Lane, Deerfield Beach, Florida 33442 |
| Parcel ID / Prop ID: | 484203-AL-0150 |
| Legal Description: | THE BROOKS OF DEER CREEK CONDO UNIT [illegible] PER CDO BK [illegible], and as otherwise described in the Notice of Commencement recorded as Instrument No. [illegible] in the Official Records of Broward County, Florida on April [illegible] 2026. |

[illegible]

METAL OPS, LLC

By: ______________________
Andrew Keys, Manager & Authorized Agent
3091 SE Waaler Street
Stuart, Florida 34994

SWORN TO AND SUBSCRIBED before me by means of X physical presence or ___ online notarization, this 19 day of August 2026 by Andrew Keys, Manager and Authorized Agent of Metal Ops, LLC who is ✓ personally known to me or ___ produced [illegible] as identification and who did take an oath.

[signature]
Notary Public, State of Florida

My Commission expires: 4/20/29

[illegible notary stamp]

Label Matrix for local noticing
113C-9
Case 26-18450-EPK
Southern District of Florida
West Palm Beach
Wed Oct 7 11:39:46 EDT 2026

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

AmeriCredit Financial Services, Inc. dba GM
c/o Gerard M Kouri Jr, Esq.
5311 King Arthur Ave
Davie, FL 33331-3340

American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Rd
P.O. Box 9043
Andover, MA 01810-0943

Dynamic Metals LLC
c/o Angela Grewal 501 Riverside Avenue
Suite 601
Jacksonville, FL 32202

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Itria Ventures LLC
c/o Paul A. Humbert, Esq.
9655 S. Dixie Hwy, Ste 312
Miami, FL 33156-2858

Seabreeze Roofing & Sheet Metal, Incorporate
555 Hypoluxo Road #B
Lantana, FL 33462-4504

Stone Bank
c/o Underwood Murray, P.A.
Attention: Daniel Etlinger
100 N. Tampa Street
Suite 2325
Tampa, FL 33602-5891

United States of America, SBA
c/o Christian Somodevilla
99 NE 4th Street, Suite 300
Miami, FL 33132-2131

4 Pillar Funding
64 Beaver St #415
New York, NY 10004-2508

(p)AFCO DIRECT
ATTN SPECIAL COLLECTION ANALYST
150 NORTH FIELD DR SUITE 190
LAKE FOREST IL 60045-2594

Acrisure SE Partners Ins Svcs
1314 E Atlantic Blvd
Pompano Beach, FL 33060-6745

Advance Permit Services
10251 W Sample Rd
Coral Springs, FL 33065-3928

Alex Patapis
6815 Monmouth Rd
West Palm Beach, FL 33413-3437

Alex Truglio
4846 Purdue Dr
Boynton Beach, FL 33436-7720

Ali Hooker
10405 Harvest Hills Rd
Oklahoma City, OK 73162-4039

Ally Financial
POB 78234
Phoenix, AZ 85062-8234

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American Builders & Contractors Supply
One ABC Parkway
Beloit, WI 53511-4466

American Builders & Contractors Supply
c/o Brian A. Leung, Esq.
3203 W. Cypress St.
Tampa, FL 33607-5109

American Express Travel Related Services Com
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

American Express Travel Related Svcs Co
POB 360001
Fort Lauderdale, FL 33336

American Express Travel Related Svcs Co
c/o Zwicker & Assoc
285 Davidson Ave #307
Somerset, NJ 08873-4153

Andrei Smith
1402 S Dixie Hwy #1310
Lantana, FL 33462-5501

Andrew Hattab
6139 C Durham Dr
Greenacres, FL 33467-8714

Anne Williams Dorsey
180 Kings Way
Royal Palm Beach, FL 33411-1560

Anthony Roig
5080 Little Beth Dr South
Boynton Beach, FL 33472-1127

Ari Sternberg
3228 N Ridgeway #1
Chicago, IL 60618-5228

Ashley Small
2336 Shimmer Lane
Lake Worth, FL 33462-6001

Ashley Tello
2508 NW 21 St
Boynton Beach, FL 33436-2106

Aubrie Parker
2373 Napier Ave #B
Macon, GA 31204-4069

Belinda Souza
7 Cardiff Way
Boynton Beach, FL 33426-7606

Biju Varghese
7889 Springvale Dr
Greenacres, FL 33467-7347

Brian Chaney
7681 Hoffy Circle
Greenacres, FL 33467-7838

Bryan Pollock
160 Fernwood Crescent
Royal Palm, FL 33411-4954

CSC
801 Adlai Stevenson Dr
Springfield, IL 62703-4261

Capital One
POB 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn VA 20147
Ashburn, VA 20147-6122

Chantel Rivera
10329 Buena Ventura Dr
Boca Raton, FL 33498-6711

Charles M. Greene
55 East Pine Street
Orlando, FL 32801-2617

Chase Ink Biz Visa
POB 15153
Wilmington, DE 19886-5153

Chuck Chirillo
2810 Kelly Brooke Lane
Deerfield Beach, FL 33442

City of Boynton Beach
124 E Woolbright Rd
Boynton Beach, FL 33435-6040

City of Lake Worth Beach Utilities
120 N Federal Hwy #104
Lake Worth, FL 33460-3493

Comcast Business
1100 Northpoint Pkwy
West Palm Beach, FL 33407-1937

Company Cam
300 Canopy St #200
Lincoln, NE 68508-3824

Connor Raines
4118 Greenway Dr
Jupiter, FL 33458-5310

Corporation Service Company
POB 2576
Springfield, IL 62708-2576

Danny Bivens
513 W Drew St
Lantana, FL 33462-4533

David Fronczak
10 Islington Place
Boynton Beach, FL 33426-7756

Delores Mosley
2000 NE 1 Lane
Boynton Beach, FL 33435-2264

Dennis Randolph
4377 Foss Rd
Lake Worth, FL 33461-4409

Donnie Dobson
15058 Sweetgum Ave
Delray Beach, FL 33446-9621

Dynamic Metals LLC
2951 SE Dominica Terr
Stuart, FL 34997-5712

EM AND J FINEST ROOFING CORPORATION
1337 w Broward Street
Lantana, FL 33462-3015

Edna DuBois
236 Cardinal Lane
Delray Beach, FL 33445-1831

Efrain Ortiz
15174 97 Rd North
West Palm Beach, FL 33412-1759

Elan Financial Svcs
POB 790408
Saint Louis, MO 63179-0408

Eli Zamir
2906 Cormorant Rd
Delray Beach, FL 33444-3334

Elisa Rooney
5120 Mirror Lakes Blvd.
Boynton Beach, FL 33472-1212

Elizabeth Caputo
35 Knightsbridge Lane
Boynton Beach, FL 33426-7746

Eric Taylor
4958 Purdue Dr
Boynton Beach, FL 33436-7722

Evan DeZaldo
226 SW 27th Terrace
Delray Beach, FL 33445-4466

FLORIDA POWER & LIGHT
4200 W FLAGLER ST
BANKRUPTCY A3B/LFO
CORAL GABLES, FL 33134-1606

FORD MOTOR CREDIT COMPANY LLV
MOODY JONES & INGINO PA
1333 S UNIVERSITY DR #201
PLANTATION, FL 33324-4022

FPL
General Mail Facility
Miami, FL 33188-0001

Financial Agent Services
POB 2576
Springfield, IL 62708-2576

First Citizens & Trust Company
c/o Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL 33309-2195

Florida Department of Revenue
POB 6668
Tallahassee, FL 32314-6668

Ford Credit
POB 650573
Dallas, TX 75265-0573

Ford Motor Credit Company LLC c/o AIS Portfo
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Francis Ferriera
4120 NE 21 Way #5
Lighthouse Point, FL 33064-7376

Frank Capano
4061 NE 1 Lane
Delray Beach, FL 33445

Frank White
11287 Sunset Blvd
West Palm Beach, FL 33411-8821

GM Financial
POB 183593
Arlington, TX 76096-3593

GM Financial
POB 650595
Dallas, TX 75265-0595

Gateway Station LLC
POB 580
Winter Park, FL 32790-0580

Gateway Station, LLC
c/o Allison Edwards, Charles Greene PA
55 E Pine St
Orlando, FL 32801-2617

Gesly Georges
5513 Wishing Star Lane
Greenacres, FL 33463-5930

Global Merchant Cash, Inc.
64 Beaver St, #415
New York, NY 10004-2508

Google Cloud
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
625 First St. SE
Cedar Rapids, IA 52401-2032

Green Bridge Capital
15 W 37 Street
New York, NY 10018-6223

Gregory Rothstein
9493 Sedgewood Drive
9493 Sedgewood Drive
Lake Worth, FL 33467-6993

Gulfeagle
1851 SW 43 Terr
Deerfield Beach, FL 33442-9008

Gulfeagle Supply
4811 Dyer Blvd.
West Palm Beach, FL 33407-1013

Gulfside Supply, Inc.
c/o Andrew T. Trailor, Esq.
9990 SW 77 Ave. PH 12
Miami, FL 33156-2620

(p)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

Howard Greenstein
1145 SW 15 St
Boca Raton, FL 33486-6703

Human Edge
30 Glenn St #401
White Plains, NY 10603-3252

HumanEdge, Inc.
30 Glenn Street
White Plains, NY 10603-3254

IPFS Corp
3522 Thomasville Rd #400
Tallahassee, FL 32309-3488

Internal Revenue Service
Attn: Special Procedures
POB 34045
Stop 572
Jacksonville, FL 32202

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

(p)INTUIT FINANCING INC
ATTN C/O SYSTEMS & SERVICES TECHNOLOGIES
4315 PICKETT ROAD
ST JOSEPH MO 64503-1600

Intuit/QuickBooks
2700 Coast Ave
Mountain View, CA 94043-1140

Itria Ventures LLC
Attn.: Michael Benjamin, Manager
1 Penn Plaza, #3101
New York, NY 10119-0002

Itria Ventures LLC
c/o Paul A Humbert Esq
9655 S Dixie Hwy., #312
Miami, FL 33156-2858

Itria Ventures LLC
c/o Reg Agent Corporation Service Co.
1201 Hays St
Tallahassee, FL 32301-2699

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jacin Carriero
6807 High Ridge
Lantana, FL 33462-4021

Jacintho J. Carreiro
6807 High Ridge Rd
Lake Worth, FL 33462-4021

Jamie Goren
3668 Mykonos Court
Boca Raton, FL 33487-1295

Jelani McCray
6100 Sugar Loaf Lane
West Palm Beach, FL 33411-6414

Jeremy Levy
5314 Indianwood Village Ln.
Lake Worth, FL 33463-8206

John Iconomou
297 NW 64 St
Boca Raton, FL 33487-2912

Julie E. Yates, Esq.
7900 Glades Road, Suite 405
Boca Raton, FL 33434-4104

KB Pension Services Inc
8374 Market St PMB 502
Lakewood Ranch, FL 34202-5137

Karla Puerto Garcia
802 Eighth Ln
Greenacres, FL 33463-4351

Kathy Yamada
900 Quartz Terr
West Palm Beach, FL 33413-1200

Ken Banushi
410 SW 2nd Ave
Boynton Beach, FL 33435-4420

Kendra Leclair
20834 Sugarloaf Lane
Boca Raton, FL 33428-1126

Lan Ho & Linh Trang Hoang
6588 Constance St
Greenacres, FL 33467-7660

Lawrence Buck
1963 NE 6 St
Deerfield Beach, FL 33441-3710

Liberty Mutual Insurance Company
as Subrogee of Ashley Small
c/o Bruce H. Schiller, Esq.
7900 Glades Rd #405
Boca Raton, FL 33434-4104

Linda Denson
235 NW 11 Ave
Boynton Beach, FL 33435-3046

Loose Cannon LLC
1300 S Dixie Hwy #B
Lantana, FL 33462-5492

MICHAEL J INGINO ESQ
MOODY JONES & INGINO PA
1333 S UNIVERSITY DR #201
PLANTATION, FL 33324-4022

Malvory Reece
8319 Bermuda Sound Way
Boynton Beach, FL 33436-1729

Maria Dolores Barbiere Legacy Trust
5455 Piping Rock Drive
5455 Piping Rock Drive
Boynton Beach, FL 33437-1636

Maria Rizzo
7776 Mansfield Hollow Rd
Delray Beach, FL 33446-3374

Mark Schofield
136 Oregon Lane
Boca Raton, FL 33487-1524

Metal Ops, LLC
1400 Prudential Drive
Suite 3
Jacksonville, FL 32207-8177

Michael Brian Chaney
7681 Hoffy Circle
7681 Hoffy Circle
Lake Worth, FL 33467-7838

Michele Noto
224 SW 27th Terrace
Delray Beach, FL 33445-4466

Michelle Capano
4061 NW 1st Lane
Delray Beach, FL 33445-3952

Mike Barry
8990 Equus Circle
Boynton Beach, FL 33472-4312

NewLane Finance
123 S Broad St, 17FL
Philadelphia, PA 19109-1029

NewLane Finance
POB 63044
Newark, NJ 07101-8065

Noah Demiani
5084 NW 124 Way
Coral Springs, FL 33076-3447

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Orange Reality of Jupiter LLC
201 Toney Penna Dr
Jupiter, FL 33458-5708

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PNC Business
POB 71335
Philadelphia, PA 19176-1335

Pacific Roofing LLC
3140 SE Whaaler St
Stuart, FL 34997-5924

Palm Beach County Tax Collector
301 North Olive Ave
West Palm Beach, FL 33401-4791

Pat Mallon
2802 Kelly Brooke Lane
Deerfield Beach, FL 33442

Patricia McDermot-Wells
13667 Edith Rd
Loxahatchee Groves, FL 33470-4911

Patricia McDermott-Wells
c/o Law Office of Stuart A. Young, P.A.
1860 Forest Hill Blvd., Ste. 201
West Palm Beach, FL 33406-6086

Patrick & Patricia Mallon
c/o Brian S. Behar, Esq.
Behar, Gutt & Glazer, PA
DCOTA, 1855 Griffin Road, Suite A-350
Ft. Lauderdale, FL 33004-2210

Paul A. Humbert
c/o Paul A. Humbert, Esq.
9655 South Dixie Hwy 312
Miami, FL 33156-2858

Penelope Perry
8171 Mystic Harbor Circle
Boynton Beach, FL 33436-1731

Peter Calvagno
4560 S Barwick Ranch Circle
Delray Beach, FL 33445-3530

Raines Legal
2500 N Military Trl #303
Boca Raton, FL 33431-6324

Renel Coutilien
7391 Water Dance Way
Greenacres, FL 33467-7229

Robinhood credit card
85 Willow Rd
Menlo Park, CA 94025-3656

Rodrigo Leme
205 Disc Dr
Boynton Beach, FL 33436-1843

Ruby Receptionist
555 SE MLK Blvd #105
Portland, OR 97214-2595

SRS Distribution, Inc.
1701 Dr. MLK Jr. Street N
St. Petersburg FL 33704-4205

Scott Costolo
760 NE 37 St
Boca Raton, FL 33431-6142

Securities and Exchange Commission
801 Brickell Ave., Suite 1950
Miami, FL 33131-4901

Sheridan Smith
3953 Edgar ave
Boynton Beach, FL 33436-2729

Simone Joseph
829 Meadowlark Lane
Delray Beach, FL 33445-1867

South East Personnel Leasing Inc
2739 US Hwy 19 N
Holiday, FL 34691-2708

Steve Boursiquot
166 Bobwhite Rd
Royal Palm Beach, FL 33411-1733

Stone Bank
12615 Chenal Pkwy
Little Rock, AR 72211-3361

(p)STONE BANK
ATTN SARAH ORT
12615 CHENAL PKWY
LITTLE ROCK AR 72211-3361

Suncoast Roofers Supply
14212 N Nebraska Ave
Tampa, FL 33613-2219

Third Day Construction Services LLC
6448 Dolly Cay Pl
Atlantis, FL 33462-2329

Tom Forsyth
4630 NW 7 Pl
Deerfield Beach, FL 33442-9336

Tony Roach
1527 Boynton Beach Blvd
Boynton Beach, FL 33436

Tyler L. Fugitt
1400 Prudential Drive
Suite3
Jacksonville, FL 32207-8173

U.S. Department of Labor
200 Constitution Ave NW
Washington, DC 20210-0002

U.S. Small Business Administration
51 SW 1st Avenue, Suite 201
Miami, FL 33130-1625

U.S. Small Business Administration
7825 Baymeadows Way, Suite 100-B
Jacksonville, FL 32256-7543

US Attorney Southern District of Florida
500 South Australian Ave #400
West Palm Beach, FL 33401-6209

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Ave
Washington, DC 20530-0001

Verizon
POB 660108
Dallas, TX 75266-0108

Visual Edge
2100 SW 71 Terr
Davie, FL 33317-7303

Wall Street Funding
64 Beaver St #415
New York, NY 10004-2508

Waste Management
POB 3020
Monroe, WI 53566-8320

Web Bank
POB 757
Portsmouth, NH 03802-0757

Wex Bank
Attn: Legal / Bankruptcy
1 Hancock Street
Portland, ME 04101-4217

William and Brittany Vandermolen
c/o Law Office of Mark S. Roher, P.A.
1806 N. Flamingo Rd., Ste 300
Pembroke Pines, FL 33028-1032

Zach Telford
6272 Branchwood Dr
Greenacres, FL 33467-7385

Biju Varghese
7889 Springvale Drive
Lake Worth, FL 33467-7347

Eric S Pendergraft
Shraiberg Page P.A.
2385 N.W. Executive Center Drive
Suite 300
Boca Raton, FL 33431-8530

Evan DeZaldo
226 SW 27th Ter
Delray Beach, FL 33445-4466

Hannah J. Lief
2385 NW Executive Center Drive
Suite 300
Boca Raton, FL 33431-8530

John E Page
Shraiberg Page, P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431-8530

Linda Marie Leali
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134-6044

Patricia Mallon
c/o Brian S. Behar, Esq.
1855 Griffin Road
Fort Lauderdale, FL 33004 United States 33004

Patrick Mallon
c/o Brian S. Behar, Esq.
DCOTA, Suite A-350
1855 Griffin Road
Fort Lauderdale, FL 33004 United States 33004-2436

William and Brittany Vandermolen
c/o Mark S. Roher, Esq.
1806 N. Flamingo Rd., Ste 300
Pembroke Pines, FL 33028-1032

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AFCO Credit Corporation
150 North Field Dr #190
Lake Forest, IL 60045

Great America Financial Services
625 1 St SE #800
Cedar Rapids, IA 52401

Headway Capital LLC
175 West Jackson Blvd., Suite 600
Chicago, IL 60604

(d)Headway Capital, LLC
175 W Jackson Blvd #1000
Chicago, IL 60604

Intuit Financing
2700 Coast Ave
Mountain View, CA 94043

PNC Bank
POB 71335
Philadelphia, PA 19176-1335

(d)PNC Bank, National Association
PO BOX 94982
Cleveland, OH 44101

Stone Bank
802 E. Main St
Mountain View, AR 72560

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Wall Street Funding
64 Beaver St #415
New York, NY 10004-2508

(d)Michele Noto
224 SW. 27th Terrace
Delray Beach, FL 33445-4466

End of Label Matrix
Mailable recipients 187
Bypassed recipients 4
Total 191